No. 211, Misc. CONWAY v. CALIFORNIA ADULT AU-
THORITY ET AL. C. A. 9th Cir. Motion for leave to
proceed *in forma pauperis* granted. Certiorari granted
and case transferred to appellate docket. *Thomas C.
Lynch,* Attorney General of California, *Albert W.
Harris, Jr.,* Assistant Attorney General, and *George R.
Nock,* Deputy Attorney General, for respondents.

No. 461. SUFFIN v. PENNSYLVANIA RAILROAD CO.
ET AL. C. A. 3d Cir. Certiorari denied. *Mordecai
Rosenfeld, William E. Haudek,* and *Irving Morris* for
petitioner. *David L. Wilson* for Pennsylvania Railroad
Co. (now Penn Central Co.), *William S. Potter* for
Pennsylvania Co., and *Francis S. Bensel* for Norfolk &
Western Railway Co., respondents. *Solicitor General
Griswold* filed a memorandum for the United States,
as *amicus curiae,* by invitation of the Court, *ante,* p. 931.

No. 507. PYNE v. UNITED STATES. C. A. 7th Cir.
Certiorari denied. *Edward J. Calihan, Jr.,* for peti-
tioner. *Solicitor General Griswold, Assistant Attorney
General Vinson, Jerome M. Feit,* and *Roger A. Pauley*
for the United States.

No. 800. IRWIN ET AL. v. CLARK, DBA OILFIELD
VACUUM SERVICE. C. A. 9th Cir. Certiorari denied.
*Thomas R. Davis* for petitioners. *Luther Kenneth Say*
for respondent.

No. 801. HIRSCHFIELD ET AL. v. BARRETT, CLERK OF
COOK COUNTY. Sup. Ct. Ill. Certiorari denied. *L. Louis
Karton* and *Myer H. Gladstone* for petitioners.